# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHAMPION POWER EQUIPMENT, INC.,<br><br>Plaintiffs<br><br>v.<br><br>WESTINGHOUSE ELECTRIC CORPORATION, et al.,<br><br>Defendants | Case No.: 2:25-cv-00844-APG-EJY<br><br>**Order** |

The plaintiff filed this action in the unofficial southern division of the court, but the defendants allegedly infringed the plaintiff's patents while operating out of a business location in Sparks in Washoe County, which is in the court's unofficial northern division. LR IA 1-6. Under Local Rule LR IA 1-8(a), "civil actions must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."

I THEREFORE ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to the plaintiffs regarding any limitation period and filing fee.

Dated this 16th day of May, 2025.

_____
ANDREW P. GORDON
United States District Judge